UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| CHRISTOPHER SANDKNOP, | ) |  |
|---|---|---|
|  | ) |  |
| Petitoner, | ) |  |
|  | ) |  |
| v. | ) | No. 4:17-CV-1498 ACL |
|  | ) |  |
| DOUGLAS PRUDDEN, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's post-dismissal motion for appointment of counsel. As this habeas corpus action was dismissed for lack of jurisdiction on May 15, 2017 and petitioner is not entitled to the appointment of appellate counsel, the Court will deny petitioner's request for counsel as moot.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel [Doc. #6] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 21st day of June, 2017.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE